E-FILED
Wednesday, 17 February, 2021  05:06:35 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISON**

| | | |
|---|---|---|
| SHAYNE EMERY, | ) | |
| | ) | Case No. 3:20-cv-03334 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL DEBT RELIEF LLC | ) | |
| and DOES 1-10 | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Now come the Plaintiff, SHAYNE EMERY, by and through his attorneys, and respectfully requests the Court enter an order dismissing this action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The Defendant has not yet filed an answer or a motion for summary judgment.

Dated: February 17, 2021

RESPECTFULLY SUBMITTED,

SHAYNE EMERY

By:    /s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
Fax: (866) 633-0228
dlevin@toddflaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 17, 2021 a copy of the foregoing Notice of Voluntary Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

<u>/s/ David B. Levin</u>
Attorney for Plaintiff